# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEONARD ALTOMARE,** : | |
|     **Plaintiff,** : | |
| : | |
|     v. : | Civ. No. 24-2583 |
| : | |
| **UNITED STATES OF AMERICA,** : | |
|     **Defendant.** : | |

## ORDER

**AND NOW**, this 18th day of February, 2025, upon consideration of Defendant United States' Motion for Summary Judgment (Doc. No. 24), Plaintiff Leonard Altomare's Response in Opposition (Doc. No. 27), and Defendant's Reply (Doc. No. 31), it is hereby **ORDERED** that:

(1) Defendant's Motion for Summary Judgment (Doc. No. 24) is **GRANTED**.

(2) Judgment is entered in favor of Defendant and against Plaintiff.

(3) The **CLERK of the COURT shall CLOSE** this case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
Paul S. Diamond, J.